UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

      Plaintiff,                                      Case No. 3:25-cr-91

vs.

ANDREW TURNER,                     District Judge Michael J. Newman

      Defendant.

---

**ORDER, IN LIGHT OF THE 77-MONTH FEDERAL SENTENCE IMPOSED HERE CONSECUTIVE TO DEFENDANT'S STATE SENTENCE: (1) REQUIRING, AFTER RECEIVING A STATE DETAINER ON DEFENDANT, THE UNITED STATES MARSHALS SERVICE TO LIFT AND DISMISS DEFENDANT'S PRESENT FEDERAL DETAINER; (2) THEREAFTER, THE UNITED STATES MARSHALS SERVICE SHALL RETURN DEFENDANT TO STATE CUSTODY PURSUANT TO THE STATE DETAINER; AND (3) REQUIRING, AFTER DEFENDANT IS TRANSFERRED TO STATE CUSTODY, THE UNITED STATES MARSHALS SERVICE TO IMMEDIATELY PLACE A FEDERAL DETAINER ON DEFENDANT**

---

Pursuant to the record of Defendant's sentencing hearing, the Court imposed a 77-month prison term consecutive to his pending sentence in state court, which concerns his violation of the conditions of his state post-release control ("PRC"). *See* Doc. No. 29 at Page ID 60. The Court thus **LIFTS** and **DISMISSES** his present federal detainer so he will return to state custody at the Shelby County Jail to begin serving the sentence imposed by the Shelby County Court of Common Pleas or the Ohio Adult Parole Authority for his state PRC violation.

Accordingly, the Court hereby **ORDERS**: (1) once the United States Marshals Service receives a state detainer placed on Defendant by the Court of Common Pleas for Shelby County or the Ohio Adult Parole Authority, Defendant's present federal detainer shall be **LIFTED** and **DISMISSED**; (2) thereafter, Defendant shall be **RETURNED** to state custody pursuant to the state detainer; and (3) after Defendant returns to state custody, the United States Marshals Service **SHALL IMMEDIATELY PLACE** a federal detainer on him to secure his return to federal

custody—without release into the community—after he serves his state sentence or otherwise resolves his state PRC violation.  **Under no circumstances shall Defendant be released from custody and into the community unless both his state PRC violation and federal sentence are resolved and/or served.**

        **IT IS SO ORDERED.**

<u>June 8, 2026</u>

                                                 s/*Michael J. Newman*
                                               Hon. Michael J. Newman
                                               United States District Judge

cc: U.S. Marshals Service
    Dayton, Ohio